```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ILLINOIS
```

| | |
|---|---|
| LAURA MAY,              ) | |
|                         ) | |
|     Plaintiff,          ) | |
|                         ) | |
| v.                      ) | No. <u>08-758-GPM</u> |
|                         ) | |
| SAINT LOUIS UNIVERSITY, ) | |
| a corporation,          ) | |
|                         ) | |
|     Defendant.          ) | |

## **MOTION TO DISMISS WITHOUT PREJUDICE**

Comes now the plaintiff, LAURA MAY, by and through her attorney, **THOMAS Q. KEEFE, JR., P.C.**, and moves this Court for an Order dismissing defendant ST. LOUIS UNIVERSITY without prejudice.  Defendant has no objection to the dismissal.

<u>/s/Thomas Q. Keefe, Jr.</u>
THOMAS Q. KEEFE, JR.
IL. Reg. No. 03123418
Attorney for Plaintiff

**THOMAS Q. KEEFE, JR., P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS 62226**
**618/236-2221**
**618/236-2194 (Facsimile)**

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAURA MAY,                          )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   No. 08-758-GPM
                                    )
SAINT LOUIS UNIVERSITY,             )
a corporation,                      )
                                    )
    Defendant.                      )
```

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 24, 2009, I electronically filed **MOTION TO DISMISS WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system.

Mr. Timothy S. Richards
NEVILLE, RICHARDS & WULLER, LLC
Attorney at Law
5 Park Place Professional Centre
P.O. Box 20070
Belleville, Illinois  62226-0070
trichards@nrw-law.com


                                  Respectfully submitted:


                                  /s/Thomas Q. Keefe, Jr.
                                THOMAS Q. KEEFE, JR.
                                Ill. Reg. No. 03123418
                                Attorney for Plaintiff


**THOMAS Q. KEEFE, JR., P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS  62226**
**618/236-2221**
**618/236-2194 (Facsimile)**